MICAH KWASNIK, ESQ.
34 Ludlow Drive
Chappaqua, NY 10514
Tel. 917 533 6822
micahkwasnik@yahoo.com

Dec. 9, 2022

Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
figueredocriminalduty@nysd.uscourts.gov

SO ORDERED

*[signature]*
VALERIE FIGUEREDO
United States Magistrate Judge
Dated: 12-12-2022

RE:   CHANGE OF ATTORNEY
      U.S. v. Don Commuck
      22 mj 7301

Hon. Valerie Figueredo:

I am the retained attorney for Don Commuck in the above criminal matter.  Mr. Commuck informed me that he can no longer meet our retainer agreement and has requested that the Federal Defenders, who represented him at presentment, resume representation. On 12/7/22 Pre-trial Services asked Commuck that I write a letter to the Court in order to facilitate Commuck's reassignment to the Federal Defenders. In sum, I request to be relived as Counsel for Commuck and that his case be reassigned to the Federal Defenders for representation.

Regards,

*[signature]*
Micah Kwasnik