

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2023

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: **United States v. Commuck and Tareb**, 22 Cr. 676 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests, due to a scheduling conflict, that the status conference in this matter scheduled for 10 a.m. on June 6, 2023, be moved to 12 p.m. that day. The Government understands that the Court is available at that time, and has confirmed with defense counsel that they are also available.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Patrick R. Moroney
      Assistant United States Attorney
      (212) 637-2330

cc (by ECF):   Jonathan Marvinny, Esq.
                  Matthew Keller, Esq.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul R. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 5, 2023