```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :            1:22-CR-676
      -against-                     :            ORDER
                                    :
 Don Commuck                        :
                                    :
      Defendant                     :
                                    :
------------------------------------X
```

Paul G. Gardephe, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the conditions of drug testing as directed by Pretrial Services.

Dated: New York, New York

October __23__, 2023

SO ORDERED:

*Paul S. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge